UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-00260 |
| v. | ) | |
| | ) | JUDGE HAYNES |
| ANDREW KAYACHITH a/k/a "AK" | | |

### ORDER

Upon motion of the United States, and to effectuate the order recently issued by U.S. District Judge Haynes, the court hereby ORDERS that the United States Marshal's Service or any other authorized federal law enforcement officer take the Defendant ANDREW KAYACHITH a/k/a "AK" back into custody and that he shall be transported as soon as practicable by the United States Marshal's Service to the Middle District of Tennessee pending review of the appeal.

It is so ORDERED, this 10th day of November, 2010.

_____
JOHN BRYANT
UNITED STATES MAGISTRATE JUDGE