| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | Case No. 3:10-00260 |
| vs. ) | JUDGE HAYNES |
| ) | |
| ANDREW KAYACHITH ) | |
| ) | |
| DEFENDANT. ) | |

*[Handwritten notation: ORDER — This motion is GRANTED. [signature] 1-17-12]*

## MOTION TO JOIN MOTIONS FILED BY CO-DEFENDANTS

Comes now the Defendant, ANDREW KAYACHITH, by and through the undersigned counsel, and moves to join certain motions filed by co-defendants in this case. These motions are as follows:

1. Motions to Sever filed by Mussee Ahmed Ali (Doc. 1060), by Mohammed Ahmed Amalle (Doc. 1065), by Fatah Haji Hashi (Doc. 1071), Muhiyadin Hessein Hassan (Doc. 1116), and by Abdirahman Abidrazak Hersi (Doc. 1117). As these motions pertain to Mr. Kayachith, Mr. Kayachith would move to sever Count 18 from the remaining counts of the indictment that pertain to him (i.e. Counts 1, 2, 12, and 13).

2. Motion for Pretrial Hearing (Doc. 1075) and Motion to Required Government to Reveal Co-Conspirator Statements (Doc. 1077).

3. Motion to Change Venue by Liban Omar (Doc. 1083). Mr. Kayachith has filed a separate motion in this regard, but joins this motion for the alternative arguments made by the Co-defendant.

4. Motion in Limine to Prevent Government from Calling Case Agent to Summarize Case filed by Ahmad Abulnasir Ahmad (Doc. 1102).

5. Motion to Reveal any Brady-Giglio Evidence (Doc. 1105)