UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> vs. ) <br> ) <br> ANDREW KAYACHITH (17), ) <br> ) <br> DEFENDANT. ) <br> ) | Case No. 3:10-00260 <br> JUDGE HAYNES |

*[Handwritten: Order / Th[is] motion / is DENIED as / moot. / [signature] / 3-22-12]*

**MOTION IN LIMINE #3-
TO EXCLUDE GOVERNMENT'S MENTION OF ALLEGED INCIDENT
INVOLVING THE DISPOSAL OF A GUN OCCURING ON OR NEAR APRIL 27,
2009**

Comes now the Defendant, ANDREW KAYACHITH (17), by and through his appointed counsel, and respectfully moves this Honorable Court in limine in accordance with Federal Rules of Evidence, 401, 402, 403, and 404 to exclude the Government and its witnesses from mentioning an incident involving the disposal of a gun that allegedly occurred on or near April 27, 2009. In support of said motion, Mr. Kayachith states as follows:

1. According to the discovery provided by the Government, Jane Doe 2 states that on or near April 27, 2009 while she was still in Minneapolis, she got into a car with certain individuals including Andrew Kayachith. Jane Doe 2 states that an individual identified as "Canadian" told Defendant #29 Yassin Abdirahman Yusuf ("Junior") to get rid of a gun, or words to that effect. Jane Doe 2 stated that she then observed "Junior" retrieve a black semi-automatic handgun from an alleyway. Jane Doe 2 stated that after "Junior" retrieved the handgun, they drove for approximately 20 – 30

1