UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:10-CR-00260 |
| | ) | |
| v. | ) | |
| | ) | JUDGE HAYNES |
| ABDIFATAH ADAN | ) | |

*[handwritten annotation: Onosu Numahan is denied as moot. [signature] 3-26-12]*

## GOVERNMENT'S MOTION FOR TO SEAL DOCKET ENTRY 2107

Comes now the United States of America, by its attorneys Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Blanche B. Cook, Assistant United States Attorney, and hereby request that this Honorable Court allow the United States to file a pleading under seal. In support thereof, the United States submits the following:

Docket Entry 2107 contains alleged information about a minor victim witness. Title 18, United States Code, Section 3509(d)(2) necessitates filing juvenile witness information under seal. The United States therefore respectfully requests that this Honorable Court seal Docket Entry 2107.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ **Blanche B. Cook**
BLANCHE COOK
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
(615) 736-5151