UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| PLAINTIFF, | ) |
| vs. | ) Case No. 3:10-00260 |
| | ) JUDGE HAYNES |
| ANDREW KAYACHITH (17), | ) |
| DEFENDANT. | ) |

[Handwritten annotation: OKDSM For the reasons stated in open court, two motions GRANTED. /s/ WJH US DJ 3-30-12]

MOTION TO CLARIFY ORDER

Comes now the Defendant, ANDREW KAYACHITH (17), by and through his appointed counsel, and respectfully moves this Honorable Court to clarify its order in regard to Defendant's Motion for Introduction of F.R.E. 412 Evidence. In support of said motion, Mr. Kayachith states as follows:

1. On January 12, 2012, the Government filed under seal a Motion in Limine to Exclude 412 "Other Sexual Behavior" and 608(B) "Specific Instances of Conduct" Evidence (Doc. # 1074). On January 25, 2012, the Defendant along with several other defendants filed a "Joint Motion to Extend Deadline for Filing Responses to Government's Motions." (Doc. # 1253).

2. On January 26, 2012, this Honorable Court granted the "Joint Motion to Extend Deadline for Filing Responses to Government's Motions." (Doc. #1265). At a later hearing, the Court orally reset the deadline for Responses to Motions in Limine to March 14, 2012.

3. Although the deadline for filing a response to the Government's Motion in Limine was March 14, 2012, the Defendant filed his response to the Government's motion in

1