# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA, )
 )
    PLAINTIFF, )  **Case No. 3:10-00260**
 )  **JUDGE HAYNES**
vs. )
 )
ANDREW KAYACHITH (17), )
 )
    DEFENDANT. )
 )

*[Handwritten annotation to the right: ORDER. For the reasons stated in open court the motion is GRANTED and the witnesses on the Government's Rule 404(b) list are excluded. [signature] J.M.H. 4/19/12]*

---

## MOTION TO RECONSIDER RULING REGARDING EXCLUSION OF WITNESSES TESTIFYING ABOUT ARRESTS AND TRAFFIC STOPS OF DEFENDANTS TO PROVE ASSOCIATION

Comes now the Defendant, ANDREW KAYACHITH (17), by and through his appointed counsel, and respectfully moves this Honorable Court to reconsider its previous ruling allowing the Government to present witnesses to testify about arrests and traffic stops unrelated to sex trafficking in order to prove association in a sex trafficking venture. This motion is made in accordance with Federal Rules of Evidence, 401, 402, 403, and 404(b). In support of said motion, Mr. Kayachith states as follows:

1. The Government today called two witnesses to testify that at certin times they conducted traffic stops of certain defendants who are alleged to be co-conspirators in this case. After the first witness testified, the undersigned counsel lodged a contemporaneous objection to the testimony of any other Government witnesses who would be called for the same purpose. This Honorable Court at that time overruled the objection.

1