| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | Case No. 3:10-00260 |
| vs. ) | JUDGE HAYNES |
| ) | |
| ANDREW KAYACHITH ) | |
| ) | |
| DEFENDANT. ) | |

[Handwritten notation: *ORDER. This motion is GRANTED. William J. Haynes Jr. 9-19-3*]

## MOTION TO JOIN DEFENDANT MUSSE AHMED ALI'S RESPONSE IN OPPOSITION

Comes now the Defendant, ANDREW KAYACHITH, by and through the undersigned counsel, and moves to join the response in opposition (Doc. #3251) filed by co-defendant Musse Ahmed Ali's to the Government's Motion for a Stay of the Trial (Doc. #3240). For grounds, the Defendant would assert that the issues raised in that response equally pertain to Mr. Kayachith.

WHEREFORE, the Defendant, Andrew Kayachith, moves this Honorable Court to grant this motion.

Respectfully Submitted,

s/ *John E. Nicoll*

JOHN E. NICOLL, BPR #020228
Law Office of Nicoll & Nicoll, PLLC
Attorney for Defendant
313 South Ramsey Street
Manchester, Tennessee 37355
(931) 723-7885

1

Case 3:10-cr-00260  Document 3254  Filed 08/22/13  Page 1 of 2 PageID #: 22925
Case 3:10-cr-00260  Document 3424  Filed 09/19/13  Page 1 of 1 PageID #: 23863